1  YOUNG CHO
   ATTORNEY AT LAW:  189870
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4756
   562/868-5886
4  FAX:  562/868-5491

5  ATTORNEY FOR PLAINTIFF
   LUIS LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOPEZ, | Case No.: 1:07-CV-00689-SMS |
| Plaintiff, | STIPULATION TO DISMISS WITHOUT PREJUDICE; |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the above-

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  captioned matter shall be dismissed without prejudice; each side to bear his/her
2  own costs and expenses, including but not limited to attorney's fees.
3                                   Respectfully submitted,
4  DATE:  October 31, 2007      LAW OFFICES OF LAWRENCE D. ROHLFING

BY:    /s/
     Young Cho
     Attorney for plaintiff LUIS LOPEZ

DATE:  October 31, 2007      McGREGOR W. SCOTT
                                 United States Attorney

By:   /s/ (See attached)
     GINA SHIN
     Special Assistant United States Attorney
     Attorneys for Defendant
     Commissioner of Social Security
     Michael J. Astrue

PDF created with pdfFactory trial version www.pdffactory.com

YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
562/868-5886
FAX:  562/868-5491

ATTORNEY FOR PLAINTIFF
LUIS LOPEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LOPEZ,<br><br>           Plaintiff,<br>   vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>           Defendant. | Case No.: 1:07-CV-00689-SMS<br><br>ORDER RE STIPULATION TO DISMISS |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice.

DATE:  11/5/2007

/s/ Sandra M. Snyder____
_____
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com